**W. R. JOHNSON, v. ELLA E. JOHNSON**

34 So. (2nd) 563                                    January Term, 1948
March 5, 1948                                                  En Banc
Rehearing denied April 22, 1948.

*S. M. Preacher* and *W. W. Flournoy,* for appellant.

*A. L. Johnson,* for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined and the judgment appealed from is affirmed on authority of Jones v. Jones 119 Fla. 824, 161 So. 836.

Affirmed.

TERRELL, CHAPMAN, ADAMS, SEBRING and BARNS, JJ., concur.

THOMAS, C. J., dissents.